# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| BUSSEY, JAMES ROBERT | § § | Case No. 3:10-bk-07099-3F7 |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GORDON P. JONES_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-07099   3F7   Judge: JERRY A. FUNK | Trustee Name: | GORDON P. JONES |
|---|---|---|---|
| Case Name: | BUSSEY, JAMES ROBERT | Date Filed (f) or Converted (c): | 08/16/10 (f) |
| | | 341(a) Meeting Date: | 09/23/10 |
| For Period Ending: | 09/12/11 | Claims Bar Date: | 01/10/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE: 4 BEDROOM 2 BATH SINGLE FAMILY HOME LOC | 124,237.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK ACCOUNT: CHECKING ACCOUNT LOCATION: VYSTAR | 250.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNT: ATLANTIC REGIONAL MORTGAGE AND CAR P | 10.00 | 0.00 | DA | 0.00 | FA |
| 4. FURNITURE: COUCH AND LOVE SEAT; 2 YEARS OLD LOCATI | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. APPLIANCES: REFRIGERATOR; 8 YEARS OLD LOCATION: 6 | 75.00 | 0.00 | DA | 0.00 | FA |
| 6. APPLIANCES: WASHER AND DRYER, 5 YEARS OLD LOCATION | 75.00 | 0.00 | DA | 0.00 | FA |
| 7. OVEN ($6.25 COMP) | 100.00 | 75.00 | | 75.00 | FA |
| 8. OFFICE: HOME COMPUTER; 4 YEARS OLD | 50.00 | 0.00 | DA | 0.00 | FA |
| 9. AUDIO-VIDEO: TV; 2 YEARS OLD ($10.41 COMP) | 150.00 | 125.00 | | 125.00 | FA |
| 10. FURNITURE: BEDROOM SET, BOUGHT USED 4 YRS AGO. LOC | 50.00 | 0.00 | DA | 0.00 | FA |
| 11. MEN'S CLOTHING | 75.00 | 0.00 | DA | 0.00 | FA |
| 12. FIREARMS: .22 CALIBER RIFLE ($6.25 COMP) | 100.00 | 75.00 | | 75.00 | FA |
| 13. TRADE TOOLS ($2.08 COMP)    MISC HAND TOOLS; HAMMER, TAPE MEASURE | 50.00 | 25.00 | | 25.00 | FA |
| 14. 2008 MAZDA 3SPEED SPORT, GOOD CONDITION, 34K | 14,950.00 | 0.00 | DA | 0.00 | FA |
| 15. 2002 NISSAN SENTRA GXE 5SPD 113K MILES ($150 COMP) | 1,850.00 | 1,800.00 | | 1,859.00 | FA |
| 16. 10 YEAR OLD HOMEMADE 4X8 TRAILER ($8.33 COMP) | 125.00 | 100.00 | | 100.00 | FA |
| 17. 2010 FEDERAL INCOME TAX REFUND (u) | Unknown | 1,271.00 | | 1,271.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.19 | FA |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $142,347.00 | $3,471.00 | | $3,530.19 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

09/16/10 - DMV CERTIFIED TITLE HISTORY ORDERED ON 2003 FORD MUSTANG ($18.50).
09/28/10 - RECEIPT OF LETTER FROM ATTORNEY WITH OFFER OF $2,200 FOR NON-EXEMPT PROPERTY.
10/06/10 - LETTER TO ATTORNEY WITH PROPOSED CONSENT NOTICE OF COMPROMISE ($2,200 @ $183.33 MO BEG 10/15/10).
10/06/10 - 2010 TAX RETURN LIST.
10/07/10 - OBJECTION TO DEBTOR(S) CLAIM OF EXEMPTIONS
10/07/10 - MOTION FOR TURNOVER OF PROPERTY  (2002 NISSAN SENTRA, TRAILER, ETC.) WITH HEARING

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 10-07099   3F7   Judge: JERRY A. FUNK | Trustee Name: GORDON P. JONES |
| Case Name: | BUSSEY, JAMES ROBERT | Date Filed (f) or Converted (c): 08/16/10 (f) |
| | | 341(a) Meeting Date: 09/23/10 |
| | | Claims Bar Date: 01/10/11 |

SCHEDULED FOR 11/10/10 AT 11:00 AM
10/07/10 - AMENDED MOTION FOR TURNOVER (AMENDED TO DELETE NTC. OF HEARING)
10/08/10 - ORDER EMPLOYING GORDON JONES AS ATTORNEY FOR THE ESTATE.
10/19/10 - NOTICE OF COMPROMISE ($2,200 @ $183.33 MO BEG 10/15/10).
11/02/10 - RECEIPT OF INSURANCE FROM GEICO ON 2002 NISSAN.
11/09/10 - RECEIPT OF ST. JOHNS INSURANCE COMPANY HOMEOWNERS POLICY FOR 6833 RIDGEVIEW AVE.
11/29/10 - ORDER APPROVING COMPROMISE ($2,200 @ $183.33 MO BEG 10/15/10).
11/30/10 - WITHDRAWAL MOTION FOR TURNOVER.
11/30/10 - WITHDRAWAL OBJECTONS TO EXEMPTIONS.
12/09/10 - LETTER TO DEBTOR RE PAYEE ON CHECK
12/28/10 - 2010 TAX RETURN LETTER.
01/19/11 - RECEIPT FROM GEICO INSURANCE ON 2002 NISSAN.
02/13/11 - CLAIMS EXAMINED, OBJECTIONS TO BE FILED.
03/01/11 - RECEIPT OF DEBTOR'S 2010 TAX RETURN (FILED JOINTLY WITH NON-DEBTOR SPOUSE, INDEPENDENT CONTRACTOR) INDICATING REFUND OF $2,034.
03/01/11 - LETTER TO DEBTOR ADVISING ESTATE'S PORTION OF 2010 TAX REFUND IS $1,261.08.
03/04/11 - OMNIBUS OBJECTIONS TO CLAIMS 4 AND 5 MAILED CERTIFIED MAIL/RETURN RECEIPT REQUESTED. RETURN RECEIPT RECEIVED 03/08/11.
06/08/11 - ORDER ON OMNIBUS CLAIMS 4 AND 5.
07/20/11 - RECEIPT FROM GEICO INSURANCE ON 2002 NISSAN.
08/29/11 - RETURNING TITLE TO THE 2002 NISSAN TO DEBTOR MAILED CERTIFIED RETURN RECEIPT REQUESTED.
08/29/11 - REPORT OF PAYMENT COMPLETION.
09/06/11 - RETURN RECEIPT RECEIVED.

Initial Projected Date of Final Report (TFR): 02/01/11      Current Projected Date of Final Report (TFR): 11/01/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-07099 -3F7 | | Trustee Name: | GORDON P. JONES |
| Case Name: | BUSSEY, JAMES ROBERT | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******9874 Money Market - Interest Bearing |
| Taxpayer ID No: | *******4319 | | | |
| For Period Ending: | 09/12/11 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/10 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 188.00 | | 188.00 |
| 11/15/10 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 185.00 | | 373.00 |
| 11/30/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 373.01 |
| 12/10/10 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 187.00 | | 560.01 |
| 12/31/10 | 18 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.01 | | 560.02 |
| 01/11/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 187.00 | | 747.02 |
| 01/31/11 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 747.04 |
| 02/11/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 187.00 | | 934.04 |
| 02/28/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 | | 934.05 |
| 03/02/11 | 17 | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | TURNOVER OF TAX REFUND | 1224-000 | 1,271.00 | | 2,205.05 |
| 03/11/11 | | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA  70139 | BOND PREMIUM | 2300-000 | | 0.71 | 2,204.34 |
| 03/14/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 187.00 | | 2,391.34 |
| 03/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,391.36 |
| 04/14/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 200.00 | | 2,591.36 |
| 04/29/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,591.38 |
| 05/17/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 15, 16 | 1129-000 | 187.00 | | 2,778.38 |
| 05/31/11 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,778.40 |
| 06/17/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 188.00 | | 2,966.40 |
| 06/30/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,966.42 |
| 07/18/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 188.00 | | 3,154.42 |
| 07/29/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 3,154.44 |
| 08/16/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 188.00 | | 3,342.44 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 10-07099 -3F7 | Trustee Name: | GORDON P. JONES |
| --- | --- | --- | --- |
| Case Name: | BUSSEY, JAMES ROBERT | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******9874  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4319 | | |
| For Period Ending: | 09/12/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/11 | * NOTE * | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | COMPROMISE<br>* NOTE *  Properties 7, 9, 12, 13, 15, 16 | 1129-000 | 187.00 | | 3,529.44 |
| 08/31/11 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,529.47 |
| 08/31/11 | 000101 | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | REFUND OVERPAYMENT | 8100-002 | | 59.00 | 3,470.47 |
| 09/07/11 | 18 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,470.48 |
| 09/07/11 | | Transfer to Acct #*******8330 | Final Posting Transfer | 9999-000 | | 3,470.48 | 0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 10-07099 -3F7 | Trustee Name: | GORDON P. JONES |
|---|---|---|---|
| Case Name: | BUSSEY, JAMES ROBERT | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******8330  Checking - Non Interest |
| Taxpayer ID No: | *******4319 | | |
| For Period Ending: | 09/12/11 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/11 | | Transfer from Acct #*******9874 | Transfer In From MMA Account | 9999-000 | 3,470.48 | | 3,470.48 |

**Total Of All Accounts    3,470.48**

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

PFORM24

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-07099 | | Page 1 | | Date: September 12, 2011 |
| Debtor Name: | BUSSEY, JAMES ROBERT | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>8100-00 | JAMES ROBERT BUSSEY<br>6833 RIDGEVIEW AVE<br>JACKSONVILLE, FL  32244 | Unsecured | | $59.00 | $59.00 | $0.00 |
| 000001<br>070<br>7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $578.03 | $0.00 | $578.03 |
| 000002<br>070<br>7100-00 | AAFES/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,817.19 | $0.00 | $1,817.19 |
| 000003<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $905.43 | $0.00 | $905.43 |
| 000004A<br>070<br>7100-00 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | Unsecured | | $4,169.31 | $0.00 | $4,169.31 |
| 000005A<br>070<br>7100-00 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | Unsecured | | $8,704.48 | $0.00 | $8,704.48 |
| 000006<br>070<br>7100-00 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | Unsecured | | $5,673.63 | $0.00 | $5,673.63 |
| 000007<br>070<br>7100-00 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | Unsecured | | $5,649.29 | $0.00 | $5,649.29 |
| 000008<br>070<br>7100-00 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119 | Unsecured | | $2,031.29 | $0.00 | $2,031.29 |
| | Case Totals: | | | $29,587.65 | $59.00 | $29,528.65 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 3:10-bk-07099-3F7
Case Name: BUSSEY, JAMES ROBERT
Trustee Name: GORDON P. JONES

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GORDON P. JONES | $ | $ | $ |
| Trustee Expenses: GORDON P. JONES | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ | $ | $ |
| 000002 | AAFES/MIL STAR/EXCHANGE | $ | $ | $ |
| 000003 | GE Money Bank | $ | $ | $ |
| 000004A | Navy Federal Credit Union | $ | $ | $ |
| 000005A | Navy Federal Credit Union | $ | $ | $ |
| 000006 | Navy Federal Credit Union | $ | $ | $ |
| 000007 | Navy Federal Credit Union | $ | $ | $ |
| 000008 | Navy Federal Credit Union | $ | $ | $ |

  Total to be paid to timely general unsecured creditors  $_____

  Remaining Balance  $_____

  Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE