UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
BUSSEY, JAMES ROBERT                    Case No. 10-07099-3F7
                                        Chapter 7
_____Debtor(s)_____/

## ORDER ALLOWING ADMINISTRATIVE EXPENSES

This case came on for consideration of the Notice of Trustee's Final Report and Applications for Compensation (Doc. No. 33). The United States Trustee has reviewed the final report. All creditors and parties in interest have been given notice and the opportunity for a hearing of all pending applications for compensation and all pending administrative claims. All objections, if any, are resolved. It is therefore,

ORDERED:

1. The following expenses of administration which have not been paid are allowed, and the trustee is directed to pay these expenses pro rata to the person(s) so indicated.

| Application or Reason | Fees | Expenses |
|---|---|---|
| Gordon P. Jones, Trustee<br>Post Office Box 600459<br>Jacksonville, FL  32260-0459 | $867.80 | $156.70 |

TOTAL COSTS OF ADMINISTRATION ORDERED PAID                    $1,024.50

2. The following expenses of administration which have been previously paid without entry by the court of a specific order authorizing payment of them are allowed as indicated:

INTERNATIONAL SURETIES LTD                                    $0.71

TOTAL COSTS OF ADMINISTRATION PREVIOUSLY PAID                 $0.71

3. The Trustee has reported to the Court that no remaining assets are susceptible of liquidation and that any remaining assets are burdensome and should be abandoned. That abandonment is hereby authorized.

DONE AND ORDERED in Jacksonville, Florida this _10_ day of _November_, 2011.

JERRY A. FUNK
United States Bankruptcy Judge

Copies furnished to:
all parties in interest